# United States District Court
## District of Utah



**COPY**

D. Mark Jones
Clerk of Court



Louise S. York
Chief Deputy Clerk

June 10, 2010

U.S. District Court, Middle District of Florida
Ms. Sheryl Loesch, Clerk of Court
United States Courthouse
401 West Central Boulevard, Room 2100
Orlando, FL 32801

RE: United States of America vs. Thad Ryan Roberts
6:02-CR-147-ORL-22KRS and 6:03-CR-150-ORL-22KRS (Middle District of Florida)
2:10-CR-516 TC (District of Utah)

Dear Ms. Loesch:

On 6/9/10 the Honorable Tena Campbell executed the Order Accepting Jurisdiction for the above captioned defendant. I am forwarding an original order for your records. You may access our website at https://ecf.utd.uscourts.gov/ .

Please forward copies of the indictments and original j&c's to our office. I have already downloaded the amended j&c's and docket sheets for both cases.

Please acknowledge receipt of this letter by signing a copy and returning to my attention. If you have any questions, please advise. My telephone number is 801.524.6119.

Sincerely,
D. Mark Jones, Clerk

By: /s/Aimee Trujillo
Aimee Trujillo

cc: U.S. Probation for Utah with copy of the order
U.S. Attorney c/o FLU Unit
Financial Administrator

**ACKNOWLEDGMENT OF RECEIPT:**

Received by: _____

Date: 6-18-10